## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION

| | | |
|---|---|---|
| JESSICA WILLIAMS, | ) | CIVIL COMPLAINT |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:18-cv-188 |
| | ) | |
| v. | ) | JUDGE WALTER H. RICE |
| | ) | |
| GENERAL REVENUE | ) | MAG. JUDGE SHARON L. |
| CORPORATION, | ) | OVINGTON |
| | ) | |
| Defendant. | ) | **JURY DEMAND** |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Now come all Parties, which hereby stipulate pursuant to Federal Rule of Civil

Procedure Rule 41(a)(1)(A)(ii) that this matter is DISMISSED WITH PREJUDICE.


Dated: September 26, 2018

| | |
|---|---|
| /s/ Jonathan Hilton | /s/ *Branden P. Moore* |
| Jonathan Hilton (0095742) | Branden P. Moore, SBN: 0092716 |
| HILTON PARKER LLC | bmoore@mcguirewoods.com |
| 10400 Blacklick-Eastern Rd, Suite 110 | McGUIREWOODS LLP |
| Pickerington, OH 43147 | Tower Two-Sixty |
| Tel: (614) 992-2277 | 260 Forbes Avenue, Suite 1800 |
| Fax: (614) 427-5557 | Pittsburgh, PA 15222-3142 |
| jhilton@hiltonparker.com | Telephone: 412.667.7908 |
| www.hiltonparker.com | Facsimile: 412.667.7979 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

### CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2018, I caused a true and correct copy of the foregoing to be served via the CM/ECF system, which will cause service on all parties.

By: s/ Jonathan Hilton